IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

U.S. COURTS

MAY 11 2009

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

RONALD KEITH NEIL,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.

Case No. 09-158-5-BLW

### Verified Motion to Dismiss

Comes now Ronald Keith Neil and moves the Court to dismiss the above captioned cause with prejudice to the refiling thereof.

Respectfully Submitted,

Ronald Keith Neil, Pro Se
Reg. No. 12742-023
FCI Seagoville
PO Box 9000
Seagoville, TX 75159-9000

### Affirmation

I affirm that the above and foregoing is true and correct pursuant to 28 USC § 1746.

Ronald Keith Neil

## Certificate (Proof) of Service

I certify that on the ___1___ day of ___MAY___, 2009 I placed the original and suitable copies of Movant's "Verified Motion to Dismiss" in the prison mailbox, first class postage prepaid, and addressed to:

one (1) original and two (2) copies to:

    Clerk, US District Court
    for the District of Idaho
    James A McClure Federal Bldg and US Courthouse
    550 W. Fort Street, MSC 039
    Boise, ID 83724

AND

one (1) copy to:

    Thomas E. Moss
    US Attorney
    877 W. Main Street
    Boise, ID 83702

*[signature]*

Ronald Keith Neil